CYNTHIA GIOVACCHINO *v.* MARK S. LICSAK
(11840)

DUPONT, C. J., LANDAU and HEIMAN, Js.

Argued February 24—decision released April 26, 1994

*Enrico Vaccaro,* with whom was *Timothy F. Woodbridge,* for the appellant (plaintiff).

*Benson A. Snaider,* with whom, on the brief, was *Alysia D. Maffucci,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.